UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket Nos. 7:10-CR-43-2F
7:10-CR-43-3F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| DANNY RAY BRADLEY, JR | ) | |
| CINDY JO TIDD | ) | |
| Defendants | ) | |

These matters are before the court on the U.S. Probation Officer's motion to continue the sentencing in the above cases, presently scheduled for Monday, December 6, 2010, in Wilmington. The cases are hereby CONTINUED to January 3, 2011 term of court in Wilmington, North Carolina.

This 17th day of November 2010.

James C. Fox
Senior U.S. District Judge