UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-43-2F
No. 7:10-CR-43-3F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANNY RAY BRADLEY, JR., | ) | |
| CINDY JO TIDD, | ) | |
| Defendants. | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue sentencing in the above cases, scheduled for Monday, January 3, 2011, in Wilmington. The motion is ALLOWED, and the case is CONTINUED to the undersigned's February 28, 2011 term of court in Wilmington, North Carolina.

SO ORDERED.

This, the 22nd day of December, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge